Lawrence G. BALLOW v. STATE. (1 Div. 518.) (Court of Appeals of Alabama. Nov. 20, 1923.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge.

SAMFORD, J. Appeal dismissed.

(96 South. 939)

BANK OF EUFAULA v. ROBERTS. (4 Div. 688.) (Court of Appeals of Alabama. June 7, 1923.) Appeal from Circuit Court, Barbour County; J. S. Williams, Judge. G. L. Comer & Son, of Eufaula, for appellant. A. H. Merrill & Son, of Eufaula, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(96 South. 939)

BARBEE, alias, etc., v. STATE. (8 Div. 39.) (Court of Appeals of Alabama. June 5, 1923.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge.

BRICKEN, P. J. Appeal dismissed.

(96 South. 940)

BARCLAY v. STATE. (6 Div. 134.) (Court of Appeals of Alabama. May 8, 1923.) Appeal from Circuit Court, Jefferson County; Dan A. Greene, Judge.

BRICKEN, P. J. Appeal dismissed.

(99 South. 924)

George BARTON v. STATE. (2 Div. 280.) (Court of Appeals of Alabama. Feb. 19, 1924.) Appeal from Circuit Court, Dallas County; S. F. Hobbs, Judge. Possession of burglar's tools.

SAMFORD, J. Appeal dismissed.

(99 South. 924)

George BARTON v. STATE. (2 Div. 281.) (Court of Appeals of Alabama. Feb. 19, 1924.) Appeal from Circuit Court, Dallas County; S. F. Hobbs, Judge. Carrying concealed weapon:

FOSTER, J. Appeal dismissed.

(97 South. 923)

Albert BASCOMB, alias, etc., v. STATE. (6 Div. 334.) (Court of Appeals of Alabama. July 10, 1923.) Appeal from Circuit Court, Jefferson County; Chas. P. Almon, Judge.

SAMFORD, J. Appeal dismissed.

(94 South. 923)

BELCHER v. STATE. (5 Div. 416.) (Court of Appeals of Alabama. Nov. 28, 1922.) Appeal from Circuit Court, Chambers County; S. L. Brewer, Judge.

MERRITT, J. Appeal dismissed.

(97 South. 923)

A. E. BELL v. STATE. (6 Div. 250.) (Court of Appeals of Alabama. July 10, 1923.)

Appeal from Circuit Court, Pickens County; R. I. Jones, Judge. Jones, Jones & Van de Graaff, of Tuscaloosa, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Abated on account of the death of appellant.

(98 South. 921)

Elvira BEMIS v. STATE. (1 Div. 584.) (Court of Appeals of Alabama. Nov. 27, 1923.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Geo. B. Cleveland, Jr., of Mobile, for appellant. Harwell G. Davis, Atty. Gen., for the State.

FOSTER, J. Motion for certiorari denied; appeal dismissed.

(94 South. 923)

BENDER v. STATE. (6 Div. 39.) (Court of Appeals of Alabama. Dec. 19, 1922.) Appeal from Circuit Court, Jefferson County, Bessemer Division; Ben D. Turner, Judge. Mathews & Mathews, of Bessemer, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Affirmed.

(99 South. 924)

Maxie BENNETT v. STATE. (5 Div. 516.) (Court of Appeals of Alabama. April 22, 1924.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Violating prohibition law.

FOSTER, J. Appeal dismissed.

(95 South. 923)

BENTLEY v. STATE. (7 Div. 867.) (Court of Appeals of Alabama. Jan. 30, 1923.) Appeal from Circuit Court, Cleburne County; A. P. Agee, Judge.

SAMFORD, J. Affirmed.

(94 South. 923)

BEVERLY v. STATE. (6 Div. 172.) (Court of Appeals of Alabama. Nov. 21, 1922.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge. Foster, Verner & Rice, of Tuscaloosa, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed on motion of appellant.

(98 South. 921)

Emmett BIRD v. STATE. (5 Div. 453.) (Court of Appeals of Alabama. Feb. 5, 1924.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge.

SAMFORD, J. Appeal dismissed.

(95 South. 923)

BLANKENSHIP v. STATE. (8 Div. 5.) (Court of Appeals of Alabama. Jan. 9, 1923.) Appeal from Circuit Court, Morgan County; Robert C. Brickell, Judge.

BRICKEN, P. J. Appeal dismissed.